UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN L. SNYDER, BOTH INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SYLVIA B. SNYDER,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID A. SNYDER,<br><br>        Defendant. | CIVIL ACTION NO. 05-11044-RCL |

**JOINT MOTION TO ENLARGE TIME FOR THE DEFENDANT TO FILE, AND FOR THE PLAINTIFF TO RESPOND TO, MOTIONS PURSUANT TO FED. R. CIV. P. 12**

      The Plaintiff Jonathan L. Snyder, individually and on behalf of the Estate of Sylvia B. Snyder, and the Defendant David A. Snyder, jointly move to enlarge the time within which the Defendant is to file his responsive pleading, and/or motions to dismiss pursuant to Fed. R. Civ. P. 12, and for the Plaintiff to file opposition to any such Rule 12 motions. The parties respectfully request that the time within which the Defendant is to file and serve his answer or any Rule 12 motions is enlarged through and including June 1, 2005, and that the Plaintiffs' opposition to any such motion shall be filed on or before June 29, 2005.

      As grounds for this motion, the parties state that this case was removed to the United States District Court for the District of Massachusetts on May 18, 2005, and that the parties request the additional time for the Defendant to fully analyze and file a responsive pleading or

Rule 12 motion, and for the Plaintiff to prepare a response to any such motion, and in order to accommodate the schedules of counsel.

        DAVID A. SNYDER

        By his Attorneys,
        RIEMER & BRAUNSTEIN LLP

Dated: May 23, 2005        */s/ Mark W. Corner*
        Mark W. Corner, BBO #550156
        Riemer & Braunstein LLP
        Three Center Plaza
        Boston, Massachusetts 02108
        (617) 523-9000

        JONATHAN L. SNYDER, BOTH
        INDIVIDUALLY AND ON BEHALF OF THE
        ESTATE OF SYLVIA B. SNYDER

        By his Attorneys,
        WYNN & WYNN, P.C.

        */s/ Kevin J. O'Malley*
        Thomas J. Wynn, BBO #535860
        Kevin J. O'Malley, BBO #548683
        Wynn & Wynn, P.C.
        90 New State Highway
        Raynham, Massachusetts 02767
        (508) 823-4567

893147.1