COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS                    PROBATE AND FAMILY COURT DEPARTMENT
                                  DOCKET NO. 04P0776FE-1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                  \*
IN THE ESTATE OF:                 \*
    SYLVIA B. SNYDER          \*
                                  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

TO THE CLERK OF THE BARNSTABLE PROBATE COURT:

    Please enter our appearance on behalf of Jonathan Snyder relative to the above-captioned Action.

                                      Respectfully submitted for
                                      Jonathan Snyder

                                      By his attorneys,

                                      WYNN & WYNN, P.C.

                                      _____
                                      Thomas J. Wynn, BBO #535860
                                      Kevin J. O'Malley, BBO #548685
                                      90 New State Highway
                                      Raynham, MA 02767
                                      (508) 823-4567

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on June 15, 2005.

                              _____
                              Thomas J. Wynn