UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN L. SNYDER, * <br> both Individually and on behalf of * <br> the Estate of Sylvia B. Snyder, * <br> Plaintiff * <br> * <br> vs. * <br> * <br> DAVID A. SNYDER, * <br> Defendant * | CIVIL ACTION NO. 05-11044-RCL |

NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter our appearance on behalf of plaintiff, Jonathan Snyder relative to the above-captioned Action.

Respectfully submitted for the Plaintiff

By his attorneys,

WYNN & WYNN, P.C.

/s/ Kevin J. O'Malley
Kevin J. O'Malley, BBO #548685
90 New State Highway
Raynham, MA 02767
(508) 823-4567

CERTIFICATE OF SERVICE

I, Kevin J. O'Malley, hereby certify that on this date, June 15, 2005, I caused to be served the foregoing documents, by electronic notice, upon the following Counsel of record:

Mark W. Corner
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

/s/ Kevin J. O'Malley
Kevin J. O'Malley