UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN L. SNYDER, BOTH INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SYLVIA B. SNYDER,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID A. SNYDER,<br><br>    Defendant. | CIVIL ACTION NO. 05-11044-RCL |

## JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

The Plaintiff, Jonathan L. Snyder, individually and on behalf of the Estate of Sylvia B. Snyder, and the Defendant, David A. Snyder, hereby jointly move to stay this proceeding pending mediation. As grounds for this Motion, the parties state that they are parties to a pending proceeding in the Probate Division of the Circuit Court for Palm Beach County, in the State of Florida, Docket No. 502004CP000939XXXXSB (the "Florida Action"), and that they have agreed to submit the claims raised in that action to mediation. A true copy of the parties' Joint Motion and Stipulation to Mediate in the Florida Action is attached as Exhibit A.

The parties state that if they are able to reach settlement in the mediation of the Florida Action, it will dispose of all claims between them, including the claims raised in the pending action. The parties further state that action on the motions pending before this Court, prior to the completion of mediation, may have a negative impact on settlement discussions, and ask that action on such motions be deferred during the pendency of mediation, in order to save the parties unnecessary litigation expense, and to avoid the Court from making a ruling that may prove unnecessary.

The parties intend to conduct the mediation on November 9, 2005. The requested stay will not unduly delay disposition of this action, should the mediation prove unsuccessful.

The parties agree to report to the Court upon the earlier of a settlement reached in mediation, or within thirty (30) days of the Court's order granting this motion.

|  |  |
|---|---|
|  | DAVID A. SNYDER<br>By his Attorneys,<br>RIEMER & BRAUNSTEIN LLP |
|  |  |
|  | /s/ Mark W. Corner |
| Dated: October 20, 2005 | Mark W. Corner, BBO #550156<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts 02108<br>(617) 523-9000 |
|  |  |
|  | JONATHAN L. SNYDER, BOTH<br>INDIVIDUALLY AND ON BEHALF OF THE<br>ESTATE OF SYLVIA B. SNYDER<br>By his Attorneys,<br>WYNN & WYNN, P.C. |
|  |  |
|  | /s/ Kevin J. O'Malley |
|  | Thomas J. Wynn, BBO #535860<br>Kevin J. O'Malley, BBO #548683<br>Wynn & Wynn, P.C.<br>90 New State Highway<br>Raynham, Massachusetts 02767<br>(508) 823-4567 |

## CERTIFICATE OF SERVICE

I, Mark W. Corner hereby certify that on this date, October 20, 2005, I caused to be served the foregoing document, by electronic notice, upon the following counsel of record:

Kevin J. O'Malley, BBO #548683
Wynn & Wynn, P.C.
90 New State Highway
Raynham, Massachusetts 02767

/s/Mark W. Corner
Mark W. Corner

918225.1

**EXHIBIT A**

IN THE CIRCUIT COURT PALM BEACH
FOR PALM BEACH COUNTY, FLORIDA
PROBATE DIVISION
FILE NO:502004CP000939XXXXSB
Division IY

IN RE: ESTATE OF
SYLVIA B. SNYDER,
    Deceased.
_____/

David M. Snyder,
    Petitioner/Respondent,

vs.

Jonathan Snyder,
    Respondent/Petitioner.
_____/

## JOINT MOTION AND STIPULATION TO MEDIATE

Pursuant to rule 1.700 of the Florida Rules of Civil Procedure, and Chapter 44 of the Florida Statutes, the parties, Petitioner/Respondent, David A. Snyder, and Respondent/Petitioner, Jonathan Snyder (collectively referred to as the "Parties"), hereby stipulate and agree to mediate this action as follows:

1.     This action consists of multiple proceedings before this Court including Jonathan Snyder's Petition for Appointment of Administrator Ad Litem, David A. Snyder's Petition for Authorization to Sell Real Property, and Jonathan Snyder's Objection to Appointment of Personal Representative and Petition to Remove Personal Representative and for Related Relief.

2.     The parties have agreed to attempt to mediate this action and agreed to use the services of retired Judge Mary Lupo as mediator, or some other mutually agreeable person. Judge Lupo is a retired probate judge from the Fifteenth Judicial Circuit Court in and for Palm Beach County, Florida. Her business address is P.O. Box 2946, West Palm Beach, FL 33402. The Parties have agreed to mediate this action as expeditiously as possible in accordance with their and the mediator's schedules.

129549-1

3. The Parties agree that all matters in this action should be suspended until the mediation is completed.

WHEREFORE, the Parties respectfully request that the Court enter an order:

1. directing a mediation of this action as set forth above; and

2. suspending all proceedings in this action until the mediation is complete.

Respectfully submitted,

| | |
|---|---|
| THOMAS H. DOUGHERTY, P.A.<br>Attorneys for Respondent/<br>Petitioner Jonathan Snyder<br>Thomas H. Dougherty, Esq.<br>P.O. Box 30056<br>Palm Beach Gardens, FL 33420<br><br>By: _____<br>Thomas H. Dougherty | BERGER SINGERMAN<br>Attorneys for Petitioner/<br>Respondent David A. Snyder<br>2650 North Military Trail, Suite 240<br>Boca Raton, FL 33431<br>Telephone: (561) 241-9500<br>Facsimile: (561) 998-0028<br><br>By: _____<br>Jerome L. Wolf, Esq.<br>Florida Bar No. 399302<br>Thomas M. Karr, Esq.<br>Florida Bar No. 351059 |

129549-1                                    2

IN THE CIRCUIT COURT PALM BEACH
FOR PALM BEACH COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

SYLVIA B. SNYDER,

Deceased.

FILE NO:502004CP000939XXXXSB

Division IY

_____/

David M. Snyder,

    Petitioner/Respondent,

vs.

Jonathan Snyder,

    Respondent/Petitioner.

_____/

### ORDER

THIS CAUSE came before the Court on the Joint Motion and Stipulation to Mediate. Upon consideration of the Joint Motion and Stipulation to Mediate, and other matters of record, it is:

ORDERED as follows:

1. Pursuant to Chapter 44 of the Florida Statutes and rules 1.700 et seq. of the Florida Rules of Civil Procedure, the Petitioner/Respondent, David A. Snyder, and the Respondent/Petitioner, Jonathan Snyder, are hereby ordered to mediate this action presently scheduled for November 9, 2005;

2. Retired Judge May Lupo is appointed as the mediator; and

3. All proceedings in this action are hereby suspended until the mediation is completed.

DONE AND ORDERED in Chambers in Palm Beach County, Florida, this _____ day of October, 2005.

                                                                                                                        _____

                                                                                                                        CIRCUIT COURT JUDGE

129549-1

Copies furnished to:

Thomas M. Karr, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, Florida 33131

THOMAS H. DOUGHERTY, P.A.
Thomas H. Dougherty, Esq.
P.O. Box 30056
Palm Beach Gardens, FL 33420