UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN L. SNYDER, BOTH INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SYLVIA B. SNYDER,<br><br>            Plaintiff,<br><br>v.<br><br>DAVID A. SNYDER,<br><br>            Defendant. | CIVIL ACTION NO. 05-11044-RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action is dismissed, with prejudice and without costs to any party, and with each party waiving all rights of appeal.

| | |
|---|---|
| DAVID A. SNYDER<br>BY HIS ATTORNEYS,<br>RIEMER & BRAUNSTEIN LLP | JONATHAN L. SNYDER, BOTH INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SYLVIA B. SNYDER,<br>By his Attorneys,<br>WYNN & WYNN, P.C. |
| /s/Mark W. Corner<br>Mark W. Corner, BBO #550156<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts 02108<br>(617) 523-9000 | /s/Kevin J. O'Malley<br>Kevin J. O'Malley, BBO #548683<br>Wynn & Wynn, P.C.<br>90 New State Highway<br>Raynham, Massachusetts 02767<br>(508) 823-4567 |

## CERTIFICATE OF SERVICE

I, Mark W. Corner hereby certify that on this date, December 1, 2005, I caused to be served the foregoing document, by electronic notice, upon the following counsel of record:

    Kevin J. O'Malley, BBO #548683
    Wynn & Wynn, P.C.
    90 New State Highway
    Raynham, Massachusetts 02767

                                  /s/Mark W. Corner
                                  Mark W. Corner

921670.1